## 52548. PERRYMAN v. THE STATE.

CLARK, Judge.

Appellant seeks a reversal of a conviction for the offense of driving under the influence of intoxicants upon the ground that the trial court erred in charging the provisions of Code § 38-119. Appellant is correct.

"The provision of Code § 38-119 to the effect that where the party has evidence in his power and within his reach by which he may repel a claim or charge against him, and omits to produce it, there is a presumption that such charge is well founded, is not applicable in the trial of a criminal case." *Bond v. State,* 68 Ga. App. 15 (2) (21 SE2d 866). In accord are *Mills v. State,* 133 Ga. 155 (5) 65 SE 368) and *Jones v. State,* 14 Ga. App. 811 (82 SE 470).

Appellant's failure to except below to this charge did not constitute a waiver. *Sims v. State,* 234 Ga. 177 (2) (214 SE2d 902). See also *Spear v. State,* 230 Ga. 74 (1) (195 SE2d 397).

*Judgment reversed. Bell, C. J., and Stolz, J., concur.*

SUBMITTED SEPTEMBER 20, 1976 — DECIDED SEPTEMBER 28, 1976.

*Elkins & Flournoy, James A. Elkins, Jr., Paul R. Gemmette,* for appellant.

*Thomas Hughey, Solicitor, Robert G. Johnston, Assistant Solicitor,* for appellee.